## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| CHAD EDWARD HATTEN, | Civil 08-0865 (JRT/SRN) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| UNITED STATE OF AMERICA, | |
| Respondent. | |

Chad Edward Hatten, #16720-179, Waseca Federal Correctional Institution, Post Office Box 1731, Waseca, MN 56093, appearing pro se.

Jeffrey S. Paulsen, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondents.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Susan R. Nelson dated July 14, 2008, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

    1. Petitioner's application to proceed in forma pauperis, [Docket No. 3], is **DENIED**; and

    2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: August 4, 2008
at Minneapolis, Minnesota
                                                                    s/John R. Tunheim
                                                                    JOHN R. TUNHEIM
                                                     United States District Judge